IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**EDUARDO OCEGUEDA-RUIZ**,<br><br>　　　　　Defendants. | CR-14-96-GF-BMM<br><br><br>ORDER |

　　　　Defendant Eduardo Ocegueda-Ruiz filed a pro se Motion for Return of Property (Doc. 945) pursuant to Federal Rule of Criminal Procedure 41(g) on March 26, 2020. The Government filed a notice with the Court indicating that, on July 15, 2020, the Great Falls Police Department mailed a check by certified mail in the amount of $1,027.96 to Ocegueda-Ruiz. (Doc. 981). Because the government has returned the property requested in the Motion for Return of Property (Doc. 945), the Motion is moot.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's Motion for Return of Property (Doc. 945) is **DENIED** as **MOOT**.

_____
Brian Morris, Chief District Judge
United States District Court